MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

DAN L. WULZ,                              )
                                         )
        Plaintiff,                       )
                                         )       No. 2:07-cv-01401-LDG-GWF
vs.                                      )
                                         )
SUNRISE CREDIT SERVICES, INC.,           )
                                         )
                                         )
        Defendant.                       )
_____  )

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(i), the Defendant(s) named not having filed or served an answer, motion for summary judgment or otherwise having appeared herein; the Plaintiff(s) in the above-entitled action as to the Defendant(s) named requests, authorizes and directs the Clerk of Court to enter a judgment of dismissal with prejudice, each party to bear its own costs and attorney's fees.

DATE:   November 8, 2007          _____
                                  MITCHELL D. GLINER, ESQ.
                                  Attorney for Plaintiff